UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANEL GAINES, on behalf of U.K.P., a minor child,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  2:13-cv-2181 CKD PS<br><br><br>ORDER |

　　　　This action, seeking judicial review of a final decision of the Commissioner of Social Security, was filed pro se on behalf of a minor child.  A minor can only proceed if represented by counsel.  <u>Johns v. County of San Diego</u>, 114 F.3d 874 (9th Cir. 1997).  Plaintiff will therefore be granted thirty days in which to obtain counsel.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to obtain counsel and file a substitution of attorneys.  Failure to obtain counsel will result in a recommendation this action be dismissed without prejudice.

Dated:  October 23, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 gaines.ss.minor