1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHANEL GAINES, on behalf of U.K.P., a          No.  2:13-cv-2181 CKD PS
     minor child,
12
                      Plaintiff,
13                                                   ORDER
            v.
14
     CAROLYN W. COLVIN, Acting
15   Commissioner of Social Security,

16                    Defendant.

17

18

19          This action, seeking judicial review of a final decision of the Commissioner of Social

20   Security, was filed pro se on behalf of a minor child.  A minor can only proceed if represented by

21   counsel.  Johns v. County of San Diego, 114 F.3d 874 (9th Cir. 1997).  Plaintiff was granted

22   thirty days to obtain counsel.  Plaintiff has filed a response indicating that she has been unable to

23   obtain representation.  Plaintiff withdraws the request for judicial review.  The court construes

24   plaintiff's pleading as a voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A).

25   /////

26   /////

27   /////

28   /////

                                                    1

Accordingly, IT IS HEREBY ORDERED that:

1.  This action is dismissed without prejudice.

2.  The Clerk of Court is directed to close this action.

Dated:  November 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 gaines.ss.dis