UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANEL GAINES, on behalf of U.K.P., a minor child,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | No.  2:13-cv-2181 CKD PS<br><br><br>ORDER |

   This action, seeking judicial review of a final decision of the Commissioner of Social Security, was filed pro se on behalf of a minor child.  A minor can only proceed if represented by counsel.  <u>Johns v. County of San Diego</u>, 114 F.3d 874 (9th Cir. 1997).  Plaintiff was granted thirty days to obtain counsel.  Plaintiff has filed a response indicating that she has been unable to obtain representation.  Plaintiff withdraws the request for judicial review.  The court construes plaintiff's pleading as a voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A).

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. This action is dismissed without prejudice.

3  2. The Clerk of Court is directed to close this action.

4  Dated: November 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 gaines.ss.dis